# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance Rule 5

| | | | |
|---|---|---|---|
| Case Number: | 1:24mj512-RPM | UNITED STATES vs. **Attia** | |
| Hearing Date: | 1/31/2024 | Time In and Out: | 2:40 PM to 2:57 PM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Joel Barton Attia** | Defendant's Counsel: | Leilani Tynes |
| AUSA: | Gaines Cleveland | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSM(s): | Justun Patrick/Brian Alfrod |
| CSO: | | | |

| PROCEEDINGS | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant signed a Waiver of Rule 5 Hearing. Defendant requests those hearings in the charging district. |
| Custody Status | |
| ☒ | Remanded to the custody of the U.S. Marshals Service for transport to the charging district. |
| Other | |
| ☒ | Commitment to Another District entered. |